IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DWAYNE V. CHAPPELL     PLAINTIFF

VS.     CIVIL ACTION NO. 3:16cv179-FKB-FKB

DR. GLORIA PERRY, ET AL.     DEFENDANTS

## ORDER TO SHOW CAUSE

This cause is before the Court *sua sponte* to require Plaintiff to show cause why the action should not be dismissed for Plaintiff's failure to prosecute the case. Fed. R. Civ. P. 41(b). In its orders, this Court has warned Plaintiff that he should keep the Court informed of his current address. In spite of these warnings, two orders issued on February 14, 2018, *see* [92] and [93], have been returned to the Clerk of Court marked "Return to Sender, Attempted – Not Known, Unable to Forward," indicating that Plaintiff is no longer located at his address listed in the Court's records. *See* [94], [95]. Accordingly, Plaintiff is given until June 15, 2018, to show cause in writing why this case should not be dismissed for failure to prosecute. If Plaintiff fails to comply with this Order, this action will be dismissed.

In the meantime, all discovery is stayed, and the discovery deadline of May 18, 2018, and the motion deadline of June 1, 2018, are stayed. Should Plaintiff respond sufficiently to the Order to Show Cause, new deadlines will be established.

SO ORDERED, this the 15th day of May, 2018.

                                     /s/ F. Keith Ball
                                     UNITED STATES MAGISTRATE JUDGE